FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2010 DEC 17 PM 4: 14

DISTRICT OF UTAH

Elizabeth R. Loveridge, #6025
Chapter 7 Trustee
265 East 100 South, Suite 300
P. O. Box 3358
Salt Lake City, Utah 84110-3358
Telephone: (801) 364-1100

Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**Greg M. Fisher**<br>**Kimberly B. Fisher**<br>SSN: XXX-XX-2002<br>SSN: XXX-XX-5279<br><br>Debtor(s) | Case No. 10-21847 WTT<br>Chapter 7  |
|---|---|

## NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE
## UNITED STATES BANKRUPTCY COURT REGISTRY

Elizabeth R. Loveridge, the duly appointed and acting trustee in the above-captioned bankruptcy estate, pursuant to Rule 3010, Rules of Bankruptcy Procedure, hereby gives notice of payment of small dividends in to the United States Bankruptcy Court registry and represents to the Court that:

1. On December 13, 2010, the Court approved the trustee's final report and proposed distribution.

2. Pursuant to the proposed distribution, the following are the unsecured creditors having dividends less than $5.00:



T:\NoticeofPymtSmDividends             1

| Claim No. | Creditor's name | Creditor's Address | Proposed Payment |
|---|---|---|---|
| 3A. | Utah State Tax Commission<br>Attn: Bankruptcy Unit | 210 N. 1950 W.<br>SLC, UT 84134 | $0.60 |
| 6. | Cyprus Credit Union<br>Bruce L. Richards & Assoc. | PO Box 25786<br>SLC, UT 84125 | $0.93 |

3. These funds are on deposit in Bank of America, account number 4437702375.

4. Checks in the amount of Sixty Cents ($0.60) and Ninety-Three Cents ($0.93) representing said funds have been made payable to the Clerk, U.S. Bankruptcy Court and are attached hereto.

**DATED** December 15, 2010

Woodbury & Kesler, P.C.

_____<br>
Elizabeth R. Loveridge<br>
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on 12/15/10 , 2010, I caused a true and correct copy of the foregoing **NOTICE OF PAYMENT OF SMALL DIVIDENDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY** to be mailed, postage prepaid, to:

Office of the United States Trustee
Attn: Rayla Meyer
Ken Garff Building
405 South Main Street
Suite 300
Salt Lake City, UT 84111

Greg M. Fisher & Kimberly B. Fisher
12532 South Varenna Street
Herriman, UT 84096-3633

Lindsey Phillip Dew
7660 South Holden Street
P.O. Box 368
Midvale, UT 84047

*[signature: Ronald Christensen]*

T:\NoticeofPymtSmDividends    3

Date: 12/13/10                                                                                                              Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 10-21847 - Fisher, Greg M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Utah State Tax Commission<br>Attn: Bankruptcy Unit<br>210 No. 1950 W.<br>Salt Lake City, UT 84134-7040 | 000003A | 51.50 | 0.60 |
| Cyprus Credit Union<br>Bruce L. Richards & Associates<br>PO Box 25786<br>Salt Lake City, UT 84125-0786 | 000006 | 80.01 | 0.93 |
| ----------- Remittance Total --------------- | | 131.51 | 1.53 |

Elizabeth R. Loveridge, Trustee